IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DAVID C. ROBINSON,** | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| **MONDELEZ INT'L, INC.,** | : | No. 15-6057 |
| *Defendant*. | : | |

# O R D E R

**AND NOW**, this 11th day of January, 2017, upon consideration of Defendant's Motion for Summary Judgment (Docket No. 20), Plaintiff's Response (Docket Nos. 24, 26), and Defendant's Reply (Docket No. 28), and following oral argument on December 12, 2016, it is **hereby ORDERED** that:

1. Defendant's Motion (Docket No. 20) is **GRANTED**.

2. Plaintiff's Complaint is **DISMISSED**.

3. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

1